IN THE UNITED STATES BANKRUPTC0Y COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CESAR REYNALDO RAMIREZ ROSARIO
YOLANDA REYES COLLAZO

DEBTORS

\* CASE NO. 14-08338 ESL

\* CHAPTER 13

****************************************************

**DEBTORS' REPLY TO *MOTION TO DISMISS*
FILED BY FIRSTBANK PUERTO RICO DOCKET ENTRY #30**

TO THE HONORABLE COURT:

COMES NOW, **CESAR REYNALDO RAMIREZ ROSARIO and YOLANDA REYES COLLAZO,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On May 16, 2016, First Bank Puerto Rico ("First Bank") filed a *Motion to Dismiss*, docket entry #30, whereby a dismissal of debtors' Chapter 13 case is requested based on alleged arrears on the debtors' confirmed Plan payments to the Trustee.

2. The debtors hereby respectfully inform this Honorable Court that on May 26, 2016, the debtors made a $250.00 payment to the Trustee (confirmation #182704092), which sum is in arrears on the debtors' confirmed Plan payments to the Trustee, docket entry #27. Attached is evidence of payment made to the Chapter 13 Trustee to cure the aforementioned confirmed Plan arrears.

3. The debtors hereby respectfully inform this Honorable Court that they cured the Plan arrears and that they are up-to-date in the confirmed Plan payments. The debtors respectfully reply to First Bank's motion for dismissal submitting evidence of having cured the Plan arrears, in the above captioned case.

Page – 2 -
Debtors' Motion In Compliance with Order
RE: Curing of Plan Arrears
Case no. 14-08338 ESL13

**WHEREFORE**, the debtors respectfully request that based on the aforestated, this Honorable Court grant the present reply and deny First Bank's motion for dismissal, docket entry #30, in the present case.

**I CERTIFY** that on this same date a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to Jose Ramon Carrion Morales, Esq., Chapter 13 Trustee; Maricarmen Colón Diaz, Esq., Counsel for First Bank Puerto Rico; and via regular mail to the debtors Cesar Reynaldo Ramirez Rosario and Yolanda Reyes Collazo, Urb Villas de San Cristobal II 393 Caoba Street Las Piedras PR 00771.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 31st day of May, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com



## Pay Your Bill Now

- Profile user name is required.
- Password is required.

1. Enter Payment Info | 2. Review Payment Info | 3. Confirmation

**Your payment has been successfully scheduled**
It will be posted in approximately one business day.

Print

| | |
|---|---|
| Confirmation Number | 182704092 |
| Monthly Plan Payment | $0.00 |
| Delinquency Amount | $250.00 |
| Tax Refund Payment | $0.00 |
| Other Payment Amount | $0.00 |
| Reason for Other Payment | |
| Amount to be Paid | $250.00 |
| Fee | $1.00 |
| Total | $251.00 |
| Payment Method | Bank |
| Bank Name | COOP DE AHORRO Y CREDITO LAS PIEDRAS |
| Routing Number (ABA) | *****2853 |
| Bank Account Number (DDA) | *************8180 |
| Payment Posting Date | 05/26/2016 |

### Enroll Now!
**Features:**
- **Flexibility:** Alerts. Email alerts available
- **Security:** No more stamps, paper checks or money orders
- **Convenience:** No more stamps or paper checks
- **Payment History:** 13 months of online payment history
- Schedule automatic payments
- **Low Cost:** $1.00 convenience fee per transaction

Enroll Now!

### Receive an email confirmation and set up your account
Enter your email address and receive an email confirmation of this payment. Then enter a user name and password to log in next time. Your user name and password will be your log in information.

| | |
|---|---|
| Email Address | co_yreyes@outlook.com |
| User Name | (The user name must be a minimum of 8 and a maximum of 32 alphabetic and/or numeric characters. The user name cannot contain special characters or spaces) |
| Password | (Must be at least 8 characters long and contain at least one number.) |
| Re-type Password | |