IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: \* CASE NO. 14-08338/ESL

CESAR REYNALDO RAMIREZ ROSARIO \*
YOLANDA REYES COLLAZO \*

\* CHAPTER 13

DEBTORS \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION REQUESTING VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

NOW COME, **CESAR REYNALDO RAMIREZ ROSARIO and YOLANDA REYES COLLAZO,** the Debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On October 8, 2014, the Debtors filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The Debtors, Cesar Reynaldo Ramirez Rosario and Yolanda Reyes Collazo, respectfully request a voluntary dismissal of their bankruptcy case. 11 U.S.C. §1307.

3. There have been no prior cases and no prior conversions.

**WHEREFORE**, petitioners Cesar Reynaldo Ramirez Rosario and Yolanda Reyes Collazo, in the above captioned case, very respectfully request this Honorable Court enter an Order dismissing the present bankruptcy case.

**IT IS HEREBY CERTIFIED**, that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Jose R. Carrión, Esq., Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via

Page -2-
Motion for Voluntary Dismissal
Case no. 14-08338/ESL13

Regular US Postal Mail to Cesar Reynaldo Ramirez Rosario and Yolanda Reyes Collazo, Urb. Villas de San Cristobal II, 393 Caoba Street, Las Piedras, PR 00771, the Debtors in the present case, and to all creditors and parties in interest appearing in the attached master address list.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 3rd day of August, 2018.

/s/Roberto Figueroa Carrasquillo
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Certificamos que hemos leído esta Moción y que la misma ha sido redactada de acuerdo a nuestras instrucciones, habiendo sido advertido por nuestro abogado de las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 3 de agosto de 2018.

_____
CESAR REYNALDO RAMIREZ ROSARIO

_____
YOLANDA REYES COLLAZO

Label Matrix for local noticing
0104-3
Case 14-08338-ESL13
District of Puerto Rico
Old San Juan
Fri Aug  3 11:09:10 AST 2018

BANCO POPULAR PR
FORTUNO & RIVERA FONT LLC
PO BOX 13786
SAN JUAN, PR 00908-3786

FIRSTBANK PR
PO BOX  9146
SAN JUAN, PR 00908-0146

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AT&T Mobility Puerto Rico, Inc
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Att Services
PO Box 192830
San Juan, PR 00919-2830

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

Banco Popular De Puerto Rico
209 Munoz Rivera Ave
San Juan, PR  00918

Banco Popular De Puerto Rico
PO Box 2708
San Juan, PR  00936

CARLOS R SOSA PADRO ESQ
PO BOX 191682
SAN JUAN, PR  00919-1682

Cap1/Best Buy
50 Northwest Point Road
Elk Grove Village, IL 60007-1032

Coop A/C Las Piedras
PO Box 414
Las Piedras, PR  00771-0414

DTOP
Minillas Sta
San Juan, PR  00940-1269

Department Stores National Bank/Macys
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
PO Box 15316
Wilmington, DE 19850-5316

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

FIRST BANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION -(CODE 248)
PO BOX 9146,SAN JUAN ,PR 00908-0146

Firstbank Pr
Ave Ponce De Leon
San Juan, PR  00908

Oriental Bank And Trus
977 San Roberto St 9th F
Rio Piedras, PR  00926

Syncb/Amazon
PO Box 965015
Orlando, FL 32896-5015

Syncb/Gap
PO Box 965005
Orlando, FL 32896-5005

Syncb/Old Navy
PO Box 965005
Orlando, FL 32896-5005

Syncb/Walmart
PO Box 965024
Orlando, FL 32896-5024

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CESAR REYNALDO RAMIREZ ROSARIO
URB VILLAS DE SAN CRISTOBAL II
393 CAOBA STREET
LAS PIEDRAS, PR 00771-9243

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

YOLANDA REYES COLLAZO
URB VILLAS DE SAN CRISTOBAL II
C 18 CAOBA STREET
LAS PIEDRAS, PR 00771


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


T-mobile
12920 Se 38th Stre
Bellevue, WA 98006


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients   33
Bypassed recipients    1
Total                 34